Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

            Case No.: 17–25842–MBK
            Chapter: 13
            Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Sosnosky<br>2184 Hollywood Drive<br>Forked River, NJ 08731 | Heather Sosnosky<br>aka Heather Teahan<br>2184 Hollywood Drive<br>Forked River, NJ 08731 |

Social Security No.:
  xxx–xx–7875                                         xxx–xx–8239

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Joseph Sosnosky and Heather Sosnosky</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: August 23, 2022
JAN: gan

                                                                   <u>Jeanne Naughton, Clerk</u>