UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

JOSEPH SOSNOSKY
HEATHER SOSNOSKY

Case No.: 17-25842

Chapter: 13

Judge: MBK

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Joseph Sosnosky_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8-22-22

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.

rev.6/16/17

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br>JOSEPH SOSNOSKY<br>HEATHER SOSNOSKY | Case No.: 17-25842<br>Chapter: 13<br>Judge: MBK |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Heather Sosnosky_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 11/3/2022

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.

rev.6/16/17