Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–25842–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Sosnosky
2184 Hollywood Drive
Forked River, NJ 08731

Heather Sosnosky
aka Heather Teahan
2184 Hollywood Drive
Forked River, NJ 08731

Social Security No.:
xxx–xx–7875

xxx–xx–8239

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 2, 2022</u>

<u>Michael B. Kaplan</u>
Judge, United States Bankruptcy Court